AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**
NOV 21 2023
Clerk, U.S. District Court
District Of Montana
Great Falls

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
The person of Lee Michaels Goss; Date of Birth: xx/xx/1991

Case No. MJ-23-____-GF-JTJ

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____Montana____
*(identify the person or describe the property to be searched and give its location)*:

Lee Michaels Goss; Date of Birth: xx/xx/1991.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA Evidence (4 oral swabs)

**YOU ARE COMMANDED** to execute this warrant on or before _November 28, 2023_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. John T. Johnston____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _11-14-2023  12:29 pm_    _Hon. John Johnston_
                                                  *Judge's signature*

City and state: _Great Falls, Montana_    _Hon. John T. Johnston, U.S. Magistrate Judge_
                                            *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: MJ-23- -GF-JTJ | Date and time warrant executed: 11-21-23 1502 hours | Copy of warrant and inventory left with: Lee Goss at Cascade County jail. |

Inventory made in the presence of: Cascade County jail staff: Austin Parks

Inventory of the property taken and name(s) of any person(s) seized:

Four (4) oral buccal swabs from inside Lee Goss' cheek.

Nothing further

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-21-23

_C. [signature]_
Executing officer's signature

Cory Kambak SA, ATF
Printed name and title